WRIGHT, FINLAY & ZAK, LLP
Gwen H. Ribar, Esq., SBN 188024
Marvin B. Adviento, Esq., SBN 240315
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142

Attorneys for Defendant, Select Portfolio Servicing, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON MCMAHON, an individual, </br></br> Plaintiff, </br></br> vs. </br></br> JPMORGAN CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20, inclusive, </br></br> Defendants, | **CASE NO: 2:16-CV-01459-JAM-KJN** </br></br> **ORDER ON JOINT STIPULATION TO STAY CASE AND TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** </br></br> **HEARING** </br> Date:  July 12, 2016 </br> Time:  1:30PM </br> Courtroom:  6, 14th Floor |

**THIS COURT**, having read and considered the Stipulation to Stay Case and Continue Preliminary Injunction, and with good cause appearing thereby,

**IT IS HEREBY ORDERED THAT**:

1.     This case is stayed pending the outcome of the current loan modification review;

2.     The Motion for Preliminary Injunction shall be continued to **August 23, 2016 at 1:30 PM before Judge Mendez**.

1

ORDER TO STAY CASE AND CONTINUE MOTION FOR PRELIMINARY INJUNCTION
*McMahon v. JPMorgan Chase Bank,, N.A., et al.*, Court Case No. 2:16-CV-01459-JAM-KJN

3. Any Opposition and Reply to the Order to Show Cause re Preliminary Injunction shall be continued in accordance with the new date, pursuant to Local Rules; and

4. The Temporary Restraining Order shall remain in place up to and including the date of the new hearing on the Motion for Preliminary Injunction as set by the Court.

**IT IS SO ORDERED**:


Dated: July 11, 2016            By: /s/ John A. Mendez

                                HONORABLE JUDGE JOHN A. MENDEZ