UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON MCMAHON, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20, inclusive<br><br>            Defendants. | No.  2:16-cv-01459-JAM-KJN<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

    Plaintiff's motion requesting preliminary injunction was scheduled for a hearing on August 23, 2016.  Defendants did not properly oppose Plaintiff's motion for preliminary injunction. Having read the motion, the memoranda and the declarations filed by the parties, the Court finds that Plaintiff's evidence shows that a preliminary injunction enjoining defendants from conducting a foreclosure sale of Plaintiff's until there has been compliance with California Civil Code section 2923.6 and 2924.12 is appropriate.

        THEREFORE, IT IS ORDERED THAT Plaintiff's motion for

1

preliminary injunction is GRANTED. Defendants SELECT PORTFOLIO SERVICING, INC., their employees and agents, and any other persons acting with them or on their behalf are enjoined from transferring any ownership interest in or further encumbering the property located at 304 Seawind Drive, Vallejo, California 94590 pending further order of this Court.

    IT IS FURTHER ORDERED THAT Plaintiff need not post a bond.

Dated: August 22, 2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE