Eric Andrew Mercer, State Bar No. 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:   (916) 361-6022
Facsimile:   (916) 361-6023
Email: eric@ericmercerlaw.com

Attorney for Plaintiff Gordon McMahon

WRIGHT, FINLAY & ZAK, LLP
Gwen H. Ribar, Esq., SBN 188024
Marvin B. Adviento, Esq., SBN 240315
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142 5

Attorneys for Defendant, Select Portfolio Servicing, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GORDON MCMAHON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:16-cv-1459-JAM-KJN<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AND EXTEND TIME TO FILE AND SERVE OPPOSING AND REPLY PAPERS (Local Rule 230(f))**<br><br>**Current hearing date: March 7, 2017**<br>**New hearing date: March 21, 2017**<br><br>Time:         1:30 p.m.<br>Courtroom:  6, 14th Floor<br>Judge:        Honorable John A. Mendez<br><br>Complaint Filed: June 27, 2016<br>Trial Date: Not Yet Assigned |

LAW OFFICE OF ERIC ANDREW MERCER

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING

**ORDER**

Upon consideration of the Stipulation to Continue Hearing Date and Extend Time to File and Serve Opposing and Reply Papers (Local Rule 230(f)), and good cause appearing, IT IS HEREBY ORDERED THAT the Joint Stipulation is hereby GRANTED. The motion to dissolve the preliminary injunction is continued to March 21, 2017 at 1:30 p.m.; and the time for filing and serving opposing and reply papers is extended to March 7, 2017 and March 14, 2017, respectively.

IT IS SO ORDERED.

Dated: February 21, 2017                **/s/ John A. Mendez**
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE