BRYANT S. DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
DAVID M. LIU (CA Bar No. 216311)
david.liu@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GORDON MCMAHON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; a business entity form unknown; SELECT PORTFOLIO SERVICING, INC., and DOES 1-20, inclusive,<br><br>Defendants. | Case No: 2:16-cv-01459-JAM-KJN<br><br>JUDGE: Hon. John A. Mendez<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br><br>**ACTION FILED:** September 13, 2016<br><br>**REMOVED:** October 13, 2016 |

/ / /

The Court, having granted the Motion to Dismiss the First Amended Complaint of plaintiff Gordon McMahon ("Plaintiff") brought by Defendant JPMorgan Chase Bank, N.A., ("Defendant"), with prejudice,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Plaintiff's First Amended Complaint filed in this matter is dismissed with prejudice in its entirety as to Defendant.

2. Judgment of Dismissal is entered in favor of Defendant and against Plaintiff.

3. Plaintiff shall recover nothing against Defendant.

4. Defendant is entitled to recover from Plaintiff the costs of suit in this action and may file a Memorandum of Costs.

IT IS SO ORDERED.

DATE: June 12, 2017

The Hon. John A. Mendez
Judge, United States District Court