**WRIGHT, FINLAY & ZAK, LLP**
Gwen H. Ribar, Esq. (SBN 188024)
James J. Ramos, Esq. (SBN 252916)
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050
Fax: (949) 608-9142
Email: jramos@wrightlegal.net
Attorneys for Defendant, Select Portfolio Servicing, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GORDON MCMAHON, an individual,<br><br>                          Plaintiff,<br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1 through 20 inclusive ,<br><br>                          Defendants, | Court Case No.: 2:16-cv-01459-JAM-KJN<br><br>*The Honorable John A. Mendez*<br><br>**ORDER TO CONTINUE DISCOVERY DEADLINES AND PRETRIAL DATES** |

**THIS COURT**, having read and considered the Stipulation to Continue Discovery Deadlines and Pretrial Dates, and with good cause appearing thereby,

**IT IS HEREBY ORDERED THAT**:

1. The following deadlines and dates are continued as follows:

| Deadline | Current Date | Stipulated Date |
|---|---|---|
| Fact and Expert Discovery | January 17, 2020 | May 4, 2020 |
| Mid-Litigation Statements | 14 days prior to the close of discovery | |
| Dispositive Motions Filed | February 25, 2020 | May 26, 2020 |
| Dispositive Motions Hearing | March 24, 2020 | July 14, 2020 at 1:30 p.m. |
| Final Pretrial Conference | May 1, 2020 | August 14, 2020 at 10:00 a.m. |
| Trial | June 8, 2020 | September 21, 2020 at 9:00 a.m. |

2. The Parties are ordered to complete a settlement conference with a Magistrate Judge no later than May 15, 2020.

**IT IS SO ORDERED AS MODIFIED BY THE COURT:**

Dated: December 20, 2019            /s/ John A. Mendez
                                    HON. JUDGE JOHN A. MENDEZ