UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON MCMAHON, an individual, | Court Case No.: 2:16-cv-01459-JAM-KJN |
| Plaintiff, | *The Honorable John A. Mendez* |
| vs. | |
| JPMORGAN CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1 through 20 inclusive , | **[ORDER TO CONTINUE DISCOVERY DEADLINES AND PRETRIAL DATES** |
| Defendants, | |

**THIS COURT**, having read and considered the Stipulation to Continue Discovery Deadlines and Pretrial Dates, and with good cause appearing thereby,

**IT IS HEREBY ORDERED THAT**:

The following deadlines and dates are continued as follows:

| Deadline | Current Date | Stipulated Date |
| --- | --- | --- |
| Fact and Expert Discovery | May 4, 2020 | July 13, 2020 |
| Mid-Litigation Statements | 14 days prior to the close of discovery | |
| Dispositive Motions Filed | May 26, 2020 | July 28, 2020 |
| Dispositive Motions Hearing | July 14, 2020 | September 15, 2020 at 1:30 p.m. |
| Final Pretrial Conference | August 14, 2020 | October 23, 2020 at 10:00 a.m. |
| Trial | September 21, 2020 | November 16, 2020 at 9:00 a.m. |

**IT IS SO ORDERED**:

Dated: April 23, 2020                         /s/ John A. Mendez_____
                                              HON. JUDGE JOHN A. MENDEZ