**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GORDON MCMAHON, an individual,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>JPMORGAN CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1 through 20 inclusive ,<br><br>　　　　　　　　　　Defendants, | Court Case No.: 2:16-cv-01459-JAM-KJN<br><br>*The Honorable John A. Mendez*<br><br>**ORDER TO CONTINUE DISCOVERY DEADLINES AND PRETRIAL DATES**<br><br>**(AS MODIFIED BY THE COURT)** |

**THIS COURT**, having read and considered the Stipulation to Continue Discovery Deadlines and Pretrial Dates, and with good cause appearing thereby,

**IT IS HEREBY ORDERED THAT**:

The following deadlines and dates are continued as follows:

| Deadline | Current Date | Stipulated Date |
|---|---|---|
| Fact and Expert Discovery | July 13, 2020 | September 28, 2020 |
| Mid-Litigation Statements | 14 days prior to the close of discovery | |
| Dispositive Motions Filed | July 28, 2020 | October 13, 2020 |
| Dispositive Motions Hearing | September 15, 2020 | December 8, 2020 at 1:30 p.m. |
| Final Pretrial Conference | October 23, 2020 | January 22, 2020 at 11:00 a.m. |
| Trial | November 16, 2020 | March 8, 2021 at 9:00 a.m. |

**IT IS SO ORDERED**:  **(AS MODIFIED BY THE COURT)**

Dated:   July 17, 2020                                     /s/ John A. Mendez_____
                                                                        HON. JUDGE JOHN A. MENDEZ