1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

GORDON MCMAHON, an individual,

Court Case No.: 2:16-cv-01459-JAM-KJN

12

                    Plaintiff,

*The Honorable John A. Mendez*

13

   vs.

**ORDER TO CONTINUE DISCOVERY DEADLINES AND PRETRIAL DATES**

14

JPMORGAN CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1 through 20 inclusive ,

15
16

                    Defendants,

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
*McMahon v. JPMorgan Chase Bank,, N.A., et al.*, Court Case No. 2:16-CV-01459-JAM-KJN

WRIGHT FINLAY & ZAK LLP
ATTORNEYS AT LAW

**THIS COURT**, having read and considered the Stipulation to Continue Discovery Deadlines and Pretrial Dates, and with good cause appearing thereby,

**IT IS HEREBY ORDERED THAT**:

The following deadlines and dates are continued as follows:

| Deadline | Current Date | Stipulated Date |
|---|---|---|
| Fact and Expert Discovery | September 28, 2020 | December 21, 2020 |
| Mid-Litigation Statements | 14 days prior to the close of discovery | |
| Dispositive Motions Filed | October 13, 2020 | January 21, 2021 |
| Dispositive Motions Hearing | December 8, 2020 | March 9, 2021 |
| Final Pretrial Conference | January 22, 2021 | April 23, 2021 at 10:00 a.m. |
| Trial | March 8, 2021 | June 7, 2021 at 9:00 a.m. |

**IT IS SO ORDERED**:

Dated:   9/18/2020

/s/ John A. Mendez_____
HON. JUDGE JOHN A. MENDEZ

WRIGHT FINLAY&ZAK LLP
ATTORNEYS AT LAW

1