# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON MCMAHON, an individual, | Court Case No.: 2:16-cv-01459-JAM-KJN |
| Plaintiff, | *The Honorable John A. Mendez* |
| vs. | |
| JPMORGAN CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1 through 20 inclusive , | **ORDER TO CONTINUE DISCOVERY DEADLINES AND PRETRIAL DATES** |
| Defendants, | |

1  **THIS COURT**, having read and considered the Stipulation to Continue Discovery Deadlines
2  and Pretrial Dates, and with good cause appearing thereby,
3     **IT IS HEREBY ORDERED THAT**:
4     The following deadlines and dates are continued as follows:

| Deadline | Current Date | Stipulated Date |
|---|---|---|
| Fact and Expert Discovery | December 21, 2020 | January 25, 2021 |
| Mid-Litigation Statements | 14 days prior to the close of discovery | |
| Dispositive Motions Filed | January 21, 2021 | February 18, 2021 |
| Dispositive Motions Hearing | March 9, 2021 | April 20, 2021 at 1:30 p.m. |
| Final Pretrial Conference | April 23, 2021 | May 28, 2021 at 10:00 a.m. |
| Trial | June 7, 2021 | July 12, 2021 at 9:00 a.m. |

**IT IS SO ORDERED**:

DATED:  November 25, 2020      /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE